# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

IN RE:  REASSIGNMENT OF  
           PENSACOLA DIVISION  
           CIVIL CASES

Case No. 4:95mc40111

_____/

## ORDER

In order to promote an equitable distribution of cases among the judges of this district, the clerk of court is directed to assign the following Pensacola Division civil cases to the Honorable T. Kent Wetherell.

**OTHER CIVIL CASES:**

| | |
|---|---|
| 3:16-cv-92 | *Montoya v. Morgan, et al.* |
| 3:16-cv-641 | *Square Ring, Inc. v. Troyanovsky* |
| 3:17-cv-90 | *Coffey, et al., v. WCW & Air Inc., et al.* |
| 3:17-cv-212 | *Kopcsack v. Register, et al.* |
| 3:17-cv-346 | *Middleton v. Escambia Sheriff's Office, et al.* |
| 3:17-cv-679 | *Sartori v. U.S. Army* |
| 3:17-cv-743 | *Simms v. Corizon, LLC, et al.* |
| 3:17-cv-813 | *Weatherspoon v. Ascend Performance Materials Operations* |

1

| | |
|---|---|
| 3:17-cv-875 | *Lite, et al., v. USA* |
| 3:17-cv-928 | *Yan v. Hunan Gourmet, Inc., et al.* |
| 3:17-cv-931 | *Greene v Sasse, et al.* |
| 3:18-cv-80 | *USA v. Gregory* |
| 3:18-cv-145 | *Southern Owners Insurance Co. v. Sanborn Builders Inc., et al.* |
| 3:18-cv-243 | *Ascend Performance Material Operations, LLC v. Concepts NREC, LLC* |
| 3:18-cv-331 | *Savell, et al., v. Allstate Fire & Casualty Insurance Co.* |
| 3:18-cv-458 | *Young v. Adams Homes of Northwest Florida, Inc.* |
| 3:18-cv-517 | *Waterview Management Group, LLC v. Dyncorp International, LLC* |
| 3:18-cv-552 | *Garcia v. The Pep Boys-Manny Moe & Jack, Inc.* |
| 3:18-cv-679 | *Lyster v. City of Gulf Breeze* |
| 3:18-cv-911 | *DT, et al., v. Morgan, et al.* |
| 3:18-cv-1338 | *Huff v. Corizon, LLC, et al.* |
| 3:18-cv-1368 | *Wesley v. Escambia County, et al.* |
| 3:18-cv-1392 | *BBG Design Build, LLC v. Southern Owners Insurance Co., et al.* |
| 3:18-cv-1421 | *Water Tree Ventures, LLC v. Giles, et al.* |

| | |
|---|---|
| 3:18-cv-1466 | *Deepgulf Inc., et al., v. Moszkowski* |
| 3:18-cv-1516 | *Phillips v. Surfside Ventures, Inc.* |
| 3:18-cv-1576 | *Trustmark Bank v. Howard, et al.* |
| 3:18-cv-1627 | *Orr Motors of Destin, Inc. v. EA Auto LLC, et al.* |
| 3:18-cv-2096 | *Stanley v. City of Crestview* |
| 3:18-cv-2051 | *Giles v. Dex Media, Inc.* |
| 3:18-cv-2052 | *Long v. School Board of Escambia County, Florida* |
| 3:18-cv-2097 | *Watson v. School District of Escambia County, Florida, et al.* |
| 3:18-cv-2123 | *McArthur v. Baptist Health Care Corp., et al.* |
| 3:18-cv-2126 | *Kabel v. Henry Schein, Inc.* |
| 3:18-cv-2180 | *Runge v. Haney, et al.* |
| 3:18-cv-2194 | *Lewis v Santa Rosa Sheriff's Office* |
| 3:18-cv-2200 | *Competitive Construction USA, Inc. v. Olmeda-Devo* |
| 3:18-cv-2368 | *Sisley v. Life Insurance Co. of North America, et al.* |
| 3:18-cv-2371 | *Hull v. City of Fort Walton Beach* |
| 3:18-cv-2393 | *Green v. Fiveash, et al.* |
| 3:19-cv-6 | *Cheese v. Navy Federal Credit Union* |
| 3:19-cv-35 | *Dunn v. Earthbound Holdings, LLC* |
| 3:19-cv-121 | *Wyse v. Gerard Roofing Products, LLC* |

| | |
|---|---|
| 3:19-cv-291 | *Holmes v. Centurion of Florida, LLC* |
| 3:19-cv-323 | *Franks, et al., v. Odom, et al.* |
| 3:19-cv-392 | *Gil v City of Pensacola, Florida* |
| 3:19-cv-397 | *Montgomery v. Client Management Services* |
| 3:19-cv-417 | *Goldsmith v. Baptist Healthcare* |
| 3:19-cv-450 | *Patterson v. Sacred Heart Health Sys., Inc.* |
| 3:19-cv-451 | *Hancock Whitney Bank v. Dancor Construction, Inc., et al.* |
| 3:19-cv-471 | *Carlan, et al., v. Ashley* |
| 3:19-cv-505 | *Brown v. Palen, et al.* |
| 3:19-cv-515 | *McMann v. Genex Services, LLC* |
| 3:19-cv-518 | *USA v. Blackman Community Water Systems, Inc.* |
| 3:19-cv-571 | *Southern. Owners Insurance Company v. Chi-Mar Construction, et al.* |
| 3:19-cv-572 | *Otto Brands, LLC, et al., v Otto's Express Car Wash, LLC* |
| 3:19-cv-591 | *Czaban v. Bayview Loan Servicing, LLC* |
| 3:19-cv-1067 | *Wilkerson v. Walton County School District, et al.* |
| 3:19-cv-1487 | *Showalter v. WalMart, Inc.* |
| 3:19-cv-1554 | *Green, et al., v. King, et al.* |
| 3:19-cv-1687 | *First Fidelity Trust Services, Inc. v. Shelter Cove Condominium Association, Inc.* |

3:19-cv-1711       *Keiffer v. American First Finance, Inc.*

**PRISONER 2254 & SOCIAL SECURITY CASES**

3:16-cv-568        *Cook v. Jones, et al.*

3:17-cv-206        *Walker v. Inch, et al.*

3:17-cv-691        *Brown v. Bay County Commissioners, et al.*

3:17-cv-803        *Sanders v. Williams, et al.*

3:18-cv-441        *Saintlot v. Whitehead, et al.*

3:18-cv-1390       *Bruno v. USA, et al.*

3:18-cv-1722       *Taylor v. Jones, et al.*

3:18-cv-2184       *Raith v. Jones, et al.*

3:19-cv-561        *Baker v. Corizon Health, et al.*

3:19-cv-473        *Huff v. Jones, et al.*

**PRISONER 2255**

3:16-cv-616        *Keys v. USA*

3:17-cv-389        *Lucas v. USA*

3:17-cv-425        *Caroni v. USA*

3:17-cv-550        *Bloom v. USA*

3:18-cv-261        *Butler v. USA*

5

3:18-cv-428     *Goodman v. USA*

3:18-cv-1108    *Casanova v. USA*

3:18-cv-2212    *Daubon v. USA*

3:18-cv-2394    *Cochran v. USA*

3:19-cv-1353    *Goodfleisch v. USA*

The clerk of court is further directed to file a copy of this Order in each case listed above.

**DONE AND ORDERED** this 16th day of July, 2019.

s/Mark E. Walker
**Chief United States District Judge**

6